IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0491
 ((((((((((((((((

 In Re Baylor Medical Center At Garland

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This cause has been ABATED pursuant to Texas Rule of Appellate
Procedure 7.2.
 2. This case is removed from the Court's active docket and shall
be treated as closed, subject to reinstatement upon proper motion or
further order of the Court.
 3. All trial court proceedings in Cause No. 03-9170-H, styled
Steve and Tammy Williams v. Baylor Medical Center at Garland, in the 160th
District Court of Dallas County, Texas, are stayed pending further order of
this Court.
 4. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rule of Appellate
Procedure 7.2(b).

 Done at the City of Austin, this 29th day of August, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk